IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

No. 04-41128
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDGAR DELEON,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:04-CR-24-1
---------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Counsel appointed for Edgar Deleon has moved for leave to
withdraw and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Deleon has not filed a
response.  Our independent review of the brief and the record
discloses no nonfrivolous issue for appeal.  Accordingly, the
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.
See 5TH CIR. R. 42.2.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.